FILED

SEP 17 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re                                    )     Case No. 10-23247-A-7
                                         )
IAN TEXEIRA,                             )     Docket Control No. JAC-4
                                         )
                                         )     Date: Sept. 7, 2010
          Debtor.                        )     Time: 9:00 a.m.
                                         )
_____ )

**MEMORANDUM**

The debtor requests dismissal of this case on the basis that he erroneously filed two cases.  The debtor also requests reimbursement of the filing fee paid in this case.  The other case is Case No. 10-23244.

This motion will be granted and the duplicate case (Case No. 10-23247) will be dismissed.

Every time a case is filed, whether erroneously or on purpose, the court performs substantial work.  Filing fees pay for the court's and the clerk's administration of filed petitions.  Because a petition is filed in error it does not mean the court and the clerk will ignore it.  A duplicative petition must be processed like every other petition.  A trustee must be assigned, an electronic file must be opened and maintained, a meeting of creditors must be set, service must be made on the trustee, United States Trustee, and other parties in interest, etc.

1    Because every petition filed, including a duplicative

2    petition, triggers this process, the Judicial Conference of the

3    United States Courts prohibits court clerks from refunding filing

4    fees.  See JCUS-Sep 49, p. 202; JCUS-Sep 48, p. 30-31.

5    There are two exceptions to this "no refund" policy.  The

6    court will permit a refund when a duplicative filing is the

7    result of an error in the court's electronic filing

8    system/software.  If fault lies with the filer, no refund will be

9    issued unless the second exception applies.  This first exception

10   does not apply to the facts of this case.

11   The second exception comes into play whenever the clerk

12   discovers the duplicative filing in time to avoid charging and

13   processing the fee.  In such instances, the clerk will advise the

14   filer to immediately file a motion to dismiss the duplicative

15   case.  If such a motion is filed seasonably, the court will order

16   the clerk to transmit the fee back to the inadvertent filer.

17   Here, the clerk collected the fee but discovered the error before

18   processing the fee and counsel for the debtor thereafter sought

19   dismissal of the case.[1]

20   Therefore, this case (10-23247) will be dismissed, and the

21   filing fee will be refunded.[2]

22   This memorandum supplants the ruling appended to the minutes

23

24   [1]    When the court heard this motion on September 7, it was
     not informed by counsel or the motion that the clerk was holding
25   the fee for refund.  The court therefore initially declined to
     order a refund because it thought the fee had been processed and
26   paid over to the Administrative Office.  After the hearing the
     clerk advised the court that this was not the case.
27

28   [2]    The clerk has refunded the fee.

-2-

of the September 7 hearing.   A separate amended order shall

issue.

Dated: *17 Sept 2010*

By the Court

Michael S. McManus, Judge
United States Bankruptcy Court

-3-